# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE**<br>on Rule 5 Hearing |
| v. | CASE NUMBER **25-MJ-067** |
| **JOHN SEBASTIAN QUINTERO-HERRERA,<br>ET AL.** | |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Mary Murawski | Hearing Began: 2:45 |
| Hearing Held: June 3, 2025 at 2:45 P.M. | Hearing Ended: 3:20 |

**Appearances:**
UNITED STATES OF AMERICA by: Kate Biebel
JOHN SEBASTIAN QUINTERO-HERRERA, via video conference, and by: ☑ FDS
Julie Linnen and Gabriela Leija
PAUL JEFERSON MENDOZA-AREVALO, via video conference, and by: Julie Linnen and Gabriela Leija.
☑ FDS

U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☐ None ☑ Sworn Susan Rascon

☑ Defendants consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendants advised of charges, penalties and fines: IMPRISON: up to 10 years; FINE: $250,000 or 2 times the pecuniary/monetary loss; S.R.: 3 years; S.A.: $100.

☑ Defendants waives their rights to an identity hearing
☑ Defendants to be transported by the U.S. Marshal to Western District of Michigan, Southern Division
☐ Defendant to be released on O/R bond to appear in Western District of Michigan, Southern Division on Select

COURT orders the US Marshal Service to transport defendants to the charging district where they have requested their detention hearings be addressed.